From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. ALBERT LeROY MATTSON, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on February 2, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) This sentence be reduced from 15 years to 12 years.

The reason for the above decision: After careful consideration of all of the attendant circumstances and matters offered in support of the Petition of the prisoner, it is the ruling of the Sentence Review Division that the sentence of the defendant be reduced from 15 years to 12 years at the State Prison and that an appropriate Amended Judgment be imposed by the Hon. Sid G. Stewart.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. MAURITZ S. MELANDER, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 6 years, imposed on July 10, 1968, was fully heard and after a careful consideration of the entire matter is is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.